AO 91 (Rev 8/01)    Criminal Complaint

# United States District Court

**SOUTHERN**     **DISTRICT OF**     **TEXAS**
**McALLEN DIVISION**

UNITED STATES OF AMERICA
V.
Jose Evelio Rodriguez-Santos

United States District Court
Southern District of Texas
FILED
NOV 13 2018
. Clerk of Court

**CRIMINAL COMPLAINT**

Case Number:    M-18-2341-M

IAE   YOB: 1996
El Salvador
(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __November 11, 2018__ in __Hidalgo__ County, in the __Southern__ District of __Texas__

(Track Statutory Language of Offense)

being then and there an alien who had previously been deported from the United States to El Salvador in pursuance of law, and thereafter was found near Los Ebanos, Texas, within the Southern District of Texas, the Attorney General of the United States and/or the Secretary of Homeland Security, not theretofore having consented to a reapplication by the defendant for admission into the United States;

in violation of Title __8__ United States Code, Section(s) __1326__ (Felony)
I further state that I am a(n) **Senior Patrol Agent** and that this complaint is based on the following facts:

Jose Evelio Rodriguez-Santos was encountered by Border Patrol Agents near Los Ebanos, Texas on November 11, 2018. The investigating Agent established that the Defendant was an undocumented alien and requested record checks. The Defendant claims to have illegally entered the United States on November 11, 2018 near Hidalgo, Texas. Record checks revealed the Defendant was formally Deported/Excluded from the United States on October 10, 2018, through Phoenix, Arizona. Prior to Deportation/Exclusion the Defendant was instructed not to return to the United States without permission from the U.S. Attorney General and/or the Secretary of Homeland Security. On March 23, 2016 the Defendant was convicted of Robbery a Second Degree Felony, with an Enhancing Factor of Use of a Deadly Weapon and was sentenced to two (2) years confinement.

I declare under penalty of perjury that the statements in this complaint are true and correct. Executed on November 12, 2018.

Continued on the attached sheet and made a part of this complaint:  ☐ Yes  ☒ No

Submitted by reliable electronic means, sworn to and attested to telephonically per Fed. R. Cr. P. 4.1, and probable cause found on:

Sworn to before me and subscribed in my presence,
November 12, 2018

/S/ Miguel Valle
Signature of Complainant
Giorjiano Shehu — csi
Miguel Valle       Senior Patrol Agent

Scott J. Hacker          , U.S. Magistrate Judge
Name and Title of Judicial Officer

Signature of Judicial Officer
C.@ 11:41 AM
11/13/18